# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN ROSENBLATT, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) )  Case No. 1:20-cv-00327-RGA |
| v. | ) ) |
| TIVO CORPORATION, JAMES E. MEYER, RAGHAVENDRA RAU, LAURA J. DURR, ALAN L. EARHART, EDDY W. HARTENSTEIN, DAN MOLONEY, DAVE SHULL, GLENN W. WELLING, LORIA B. YEADON, XPERI CORPORATION, XRAY-TWOLF HOLDCO CORPORATION, XRAY MERGER SUB CORPORATION, and TWOLF MERGER SUB CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: May 20, 2020

**RIGRODSKY & LONG, P.A.**

By: _/s/ Brian D. Long_
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

*Attorneys for Plaintiff*